IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-23-CV-176-KC |
| § | |
| DIRECT MERCHANTS FUNDING § | |
| LLC, FLASH II, and AR CAPITAL § | |
| GROUP, § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal with Prejudice, ECF No. 5. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 1st day of June, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE